## NEWCOMER *et al.* v. FREEMAN.

No. 2846.    Opinion Filed August 6, 1913.

(134 Pac. 1199.)

*Error from District Court, McIntosh County;*
*Preslie B. Cole, Judge.*

Action by Lynne S. Freeman against Joseph H. Newcomer and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*Chas. Whitaker,* for plaintiffs in error.

*Fred P. Branson,* for defendant in error.

Opinion by ROBERTSON, C.   This appeal was filed in this court June 26, 1911. Neither party has filed a brief, nor is there any excuse offered for their failure to do so. It is evident that the proceedings have been abandoned. The appeal should therefore be dismissed, for want of prosecution, under rule 7 of this court (20 Okla. viii, 95 Pac. vi). *Streeter v. McCoy,* 34 Okla. 490, 126 Pac. 216; *Streeter v. Huene,* 34 Okla. 491, 126 Pac. 216; *Thompson v. Murray,* 34 Okla. 521, 125 Pac. 1133; *Reliable Ins. Co. v. Newcomber,* 34 Okla. 759, 127 Pac. 260; *M., O. & G. Ry. Co. v. Johnson,* 34 Okla. 816, 127 Pac. 386; *First Nat. Bank v. Baldwin,* 34 Okla. 825, 127 Pac. 260; *Snow v. Frye,* 34 Okla. 826, 127 Pac. 422.

By the Court: It is so ordered.